UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
BENJAMIN McALLISTER and LAUREN McALLISTER,   Case No. 8:19-CV-00642 (BKS-DJS)

                        Plaintiffs,   **RULE 41(a)(1)(A)(ii)**
                                                                               **STIPULATION OF**
  vs.   **VOLUNTARY DISMISSAL**

CATALYST AVIATION, LLC.

                        Defendant.
------------------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned attorneys of record for the parties, that the above-entitled action be and the same hereby is dismissed with prejudice and without costs to either party as against the other.

PLEASE TAKE NOTICE that this Stipulation may be filed with the Court without further notice.

Dated: January 28, 2022

_____   _____
Edward A. Betz, Esq.   Fred G. Wexler, Esq.
(eabetz@carlislefirm.com)   (fgw@browngavalas.com)
CARLISLE LAW FIRM, P.C.   BROWN GAVALAS & FROMM LLP
602 State Street   60 East 42nd Street, Suite 4600
Ogdensburg, New York 13669   New York, NY 10165
(315)393-1111   (212)983-8500

Attorneys for Plaintiffs   Attorneys for Defendant


SO ORDERED:

Brenda K. Sannes
U.S. District Judge
Dated: January 31, 2022